IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
MAR 2 5 2015
DAVID CREWS, CLERK
BY_____ Deputy

UNITED STATES OF AMERICA

v.  Criminal No. 3:15 CR 026
18 U.S.C. § 2113(a) and (d)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(c)(1)(A)(iii)

JONATHAN JAMAL TURNER

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about January 26, 2015, in the Northern District of Mississippi, JONATHAN JAMAL TURNER, defendant herein, did knowingly by force and violence and by intimidation, take from the person and presence of bank employees money belonging to, and in the care, custody, and control of Renasant Bank at 100 Bates Street, Batesville, Mississippi, a financial institution whose deposits were then insured by the Federal Deposit Insurance Corporation, and in so doing he did place in jeopardy the lives of bank employees and customers by the use of a dangerous weapon, to wit: a handgun, all in violation of Title 18, United States Code, Sections 2113(a) and (d).

### COUNT TWO

On or about January 26, 2015, in the Northern District of Mississippi, JONATHAN JAMAL TURNER, defendant herein, did knowingly use, carry, brandish and discharge a firearm, to wit: a handgun, during and in relation to a crime of violence for which he could be prosecuted in a court of the United States, i.e., armed bank robbery, as charged in

Count One of the Indictment, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(A)(iii).

                                                        A TRUE BILL:

                                                        */s/ Signature Redacted*
                                                        F O R E P E R S O N

*[signature]*
**UNITED STATES ATTORNEY**